UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

(NORTHERN DIVISION)

| | |
|---|---|
| In re CONSTELLATION ENERGY GROUP, INC. SECURITIES LITIGATION )<br>)<br>)<br>) | No. 1:08-cv-02854-CCB |
| )<br>This Document Relates To: )<br>)<br>ALL ACTIONS. )<br>) | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Lead Plaintiff Ironworkers St. Louis District Council Pension Fund, with plaintiffs KBC Asset Management NV and MARTA/ATU Local 732 Employees Retirement Plan (collectively, "Plaintiffs"), hereby submit this Notice of Supplemental Authority in further support of their Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss, dated January 25, 2010 ("Plaintiffs' Omnibus Memorandum").

Plaintiffs direct the Court's attention to *Citiline Holdings, Inc. v. iStar Financial, Inc.*, No. 08 Civ. 3612(RJS), 2010 WL 1172647 (S.D.N.Y. Mar. 26, 2010) (Exhibit A hereto), as additional support for the proposition that their Amended and Consolidated Class Action Complaint (the "Cmplt.") adequately alleges scienter. Specifically, *Citiline* states:

> In this case, Plaintiffs have sufficiently alleged facts constituting strong circumstantial evidence of misbehavior or recklessness. Specifically, ***Defendants are alleged to have told the investing public that they monitored the value of their portfolio on a nearly real-time***

>   *basis*; the CAC further alleges that ***Defendants needed to conceal iStar's deteriorating performance so that the Company would be able to secure financing and maintain an investment-grade credit rating***. Combined with the fact that ***the Investors Day conference*** [at which misrepresentations were made] ***began with only sixteen business days remaining in the fourth quarter*** [the results of which disclosed the truth], these allegations of knowledge, opportunity, and motive suffice to allege scienter at this stage of the litigation.

2010 WL 1172647, at \*7 (emphasis added).  Similar to the representation in *Citiline* of "nearly real-time" monitoring, defendant Shattuck here represented publicly that "the computation of downgrade collateral requirements [was] *an important management tool*," and that "*[w]e manage our excess liquidity based on this measurement* [the downgrade collateral requirement]."  Cmplt. ¶¶235-36.  Moreover, just as the plaintiffs in *Citiline* alleged that the defendants needed to conceal iStar's deteriorating condition to be able to secure financing, Plaintiffs here alleged the importance to Defendants of concealing their incremental collateral obligations so as not to jeopardize the offering through which Constellation raised *$435 million* (the "Offering").  *Id.* ¶¶238-41.  And, similar to *Citiline*, Plaintiffs alleged temporal proximity between the Offering, Defendants' discovery of Constellation's additional collateral obligations, and their disclosure of the truth.  *Id.* ¶¶238-42.  Just as in *Citiline*, these allegations support a strong inference of scienter.  *See also* Section III.C.1 of Plaintiffs' Omnibus Memorandum.

Plaintiffs also direct the Court's attention to *Jones v. Corus Bankshares, Inc.*, No. 09 C 1538, 2010 WL 1338070, at \*13 (N.D. Ill. Apr. 6, 2010) (Exhibit B hereto), as additional support for the proposition that officers of a company can be assumed to know of facts critical to a business's core operations.  *See* Section III.C.1 of Plaintiffs' Omnibus Memorandum, at 41.

| | |
|---|---|
| DATED: April 16, 2010 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br>MARK T. MILLKEY<br>MARIO ALBA JR. |

                                    */s/ David A. Rosenfeld*
                                    DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
mmillkey@rgrdlaw.com
malba@rgrdlaw.com

BROWN, GOLDSTEIN & LEVY LLP
DANIEL F. GOLDSTEIN (01036)
DANA W. McKEE (04447)
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Telephone: 410/962-1030
410/385-0869 (fax)
dwm@browngold.com
dfg@browngold.com

*Liaison Counsel*

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK W. DANIELS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
pdaniels@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDI D. BANDMAN
52 Duane Street, 7th Floor
New York, NY 10007
Telephone: 212/693-1058
212/693-7423 (fax)
rbandman@rgrdlaw.com

*Lead Counsel for Plaintiffs*

MOTLEY RICE LLC
JAMES M. HUGHES
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9440 (fax)
jhughes@motleyrice.com

*Counsel for KBC Asset Management NV*

LABATON SUCHAROW LLP
MARK S. ARISOHN
HOLLIS L. SALZMAN
BENJAMIN D. BIANCO
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
marisohn@labaton.com
hsalzman@labaton.com
bbianco@labaton.com

*Counsel for MARTA/ATU Local 732 Employees Retirement Plan*